**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NORTH AMERICA MACHINERY LLC,** | § § § | |
| *Plaintiff,* | § | **CIVIL ACTION NO._____** |
| **VS.** | § § | |
| | § | |
| **SPEAK2VOICE LLC and RAHIM RAJWANI** | § § § | |
| *Defendants.* | | |

## EXHIBIT INDEX

Certified Copies of the Docket Sheet and all pleadings filed in the State Court Action ………………A

List of Attorneys  ………………………………………………………………………… B

State Court Notice of Removal ……………………………………………………………… C

Individual Defendant's Sworn Affidavit …………………………………………………….. D