# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **NORTH AMERICA MACHINERY LLC,** § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO._____** |
| **VS.** § | |
| § | |
| **SPEAK2VOICE LLC and RAHIM RAJWANI** § | |
| *Defendants.* § | |

## LIST OF COUNSEL OF RECORD

1. <u>Counsel for Defendants Speak2Voice LLC and Rahim Rajwani:</u>

   Gagan Khan
   State Bar No. 24090207
   GK LAW, PLLC
   701 N. Post Oak Road, Suite 612
   Houston, Texas 77024
   Phone: 713.428.2045
   Fax:  806.630.4109
   efile@gagan.law

   Randall B. Clark
   State Bar No. 04294900
   GK LAW, PLLC
   701 N. Post Oak Road, Suite 612
   Houston, Texas 77024
   Phone: 713.428.2045
   Fax:  806.630.4109
   efile@gagan.law

2. <u>Counsel for Plaintiff North America Machinery LLC;</u>

   Seth A. Nichamoff
   NICHAMOFF LAW PC
   2444 Times Boulevard, Suite 270
   Houston, Texas 77005
   Tel: 713-503-6706
   seth@nichamofflaw.com