# Exhibit C

**CAUSE NO. 24-DCV-313877**

| | | |
|---|---|---|
| **NORTH AMERICA MACHINERY LLC,** | § § § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § § | |
| **VS.** | § § | **FORT BEND COUNTY, TEXAS** |
| **SPEAK2VOICE LLC and RAHIM RAJWANI** | § § § | **400th JUDICIAL DISTRICT** |
| *Defendants.* | | |

**DEFENDANTS' NOTICE OF FILING**
**NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant **SPEAK2VOICE LLC** and **RAHIM RAJWANI** file this Notice of Filing of Removal to Federal Court, giving notice that on this date, Cause No. 24-DCV-313877 is being removed from the 400th Judicial District Court of Fort bend County, Texas to the United States District Court of Southern District Texas, Houston Division. A copy of the Notice of Removal is attached.

R*espectfully* S*ubmitted,*

**GK L**AW**, PLLC**
*/s/ Gagan Khan*
**G**AGAN **K**HAN
State Bar No. 24090207
efile@gagan.law

**R**ANDALL **B. C**LARK
State Bar No. 04294900
efile@gagan.law
701 N. Post Oak Road, Suite 612
Houston, Texas 77024
Phone: 713.428.2045
Fax: 806.630.4109

**C**OUNSEL FOR **D**EFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on April __, 2024, a true and correct copy of this pleading was served upon all counsel and/or parties of record in accordance with the Texas Rules of Civil Procedure.

**Seth A. Nichamoff**　　　　　　　　**via Electronic Filing**
2444 Times Boulevard, Suite 270
Houston, Texas 77005
Tel: 713-503-6706
seth@nichamofflaw.com

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gagan Khan*
　　　　　　　　　　　　　　　　　　　　　　　　**Gagan Khan**